Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

| | |
|---|---|
| **TECHLAND, ROBERT BOSCH GMBH,** : | |
| **ANIME VIRTUAL S.A., ZUXXEZ ENTERTAINMENT AG,** | |
| **KONTOR RECORDS, TOBIS FILM GMBH & CO. KG,** : | |
| **OG-SOFT PRODUCTIONS and PEPPERMINT JAM** | |
| **RECORDS GMBH,** : | Case No. 07 CIV 6583 |
| | |
| Plaintiffs, : | **RULE 7.1 STATEMENT** |
| : | |
| **DOES 1 – 15,752** | |
| : | |
| Defendants. : | |

-------------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Techland, Robert Bosch GmbH, Anime Virtual S.A., Zuxxez Entertainment AG, Kontor Records, TOBIS Film GmbH & Co. KG, OG-Soft Productions and Peppermint Jam Records GmbH, state that to the extent required: (1) they have no parent corporations; and (2) that no public corporations own more than 10% of their stock.

Dated: July 20, 2007    DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010

By: _____/S/_____
Sean F. Kane, Esq. (SK 4568)