Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x

**TECHLAND, ROBERT BOSCH GMBH,** :
**ANIME VIRTUAL S.A., ZUXXEZ ENTERTAINMENT AG,**
**KONTOR RECORDS, TOBIS FILM GMBH & CO. KG,** :
**OG-SOFT PRODUCTIONS and PEPPERMINT JAM**
**RECORDS GMBH,** :

                        **Plaintiffs,**      : Case No. 07 CIV 6583

    :

**DOES 1 – 15,752**

                        **Defendants.**      :

---------------------------------------------------------------------------------x

**[PROPOSED]**
**ORDER GRANTING MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

      Upon the Motion of Plaintiffs for Leave to Take Immediate Discovery and the supporting Memorandum of Law, and the declaration of Sean F. Kane, Esq. and the exhibit thereto, it is hereby:

      **ORDERED** that Plaintiffs may serve immediate discovery upon AOL LLC to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for each Defendant.

**IT IS FURTHER ORDERED THAT** any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated:_____     _____
                                    United States District Judge