```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TECHLAND ET AL.,                :    07 Civ. 6583 (WHP)
                                :
              Plaintiffs,       :    SCHEDULING ORDER No. 1
                                :
     -against-                  :
                                :
DOES 1-15,752,                  :
                                :
              Defendants.       :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

Counsel for Plaintiffs having on July 20, 2007 filed a motion for expedited discovery, this Court will hold a conference on August 31, 2007 at 9:45 a.m.

Dated: August 23, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Sean-Francis Kane, Esq.
Drakeford & Kane L.L.C.
475 Park Avenue South
15th Floor
New York, NY 10016
*Counsel for Plaintiffs*