Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

**TECHLAND, ROBERT BOSCH GMBH,** :
**ANIME VIRTUAL S.A., ZUXXEZ ENTERTAINMENT AG,**
**KONTOR RECORDS, TOBIS FILM GMBH & CO. KG,** :
**OG-SOFT PRODUCTIONS and PEPPERMINT JAM**
**RECORDS GMBH,** : Case No. 07 CIV 6583

                      Plaintiffs, : **NOTICE TO**
                                   **DISCONTINUE**
                                  : **ACTION WITH**
**DOES 1 – 15,752**                       **PREJUDICE**
                      Defendants. :
-----------------------------------------------------------------------x

     **IT IS HEREBY NOTICED** by the undersigned attorneys of record for all the Plaintiffs in the above entitled action, that whereas no party hereto is an infant, incompetent person for who a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, this action, and all the respective claims, be and hereby are discontinued with prejudice and without costs. This notice may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 2, 2007

                                                  **DRAKEFORD & KANE LLC**

                                                  Sean F. Kane, Esq.
                                                  475 Park Avenue South, 15th Floor
                                                 New York, New York 10016
                                                 Telephone: (212) 696-0010
                                                 Telecopier: (212) 696-0070

                                                 Attorneys for Plaintiffs