Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TECHLAND, ROBERT BOSCH GMBH,
ANIME VIRTUAL S.A., ZUXXEZ ENTERTAINMENT AG,
KONTOR RECORDS, TOBIS FILM GMBH & CO. KG,
OG-SOFT PRODUCTIONS and PEPPERMINT JAM
RECORDS GMBH,

: Case No. 07 CIV 6583

                                   Plaintiffs,

: NOTICE TO
: DISCONTINUE
: ACTION WITH
: PREJUDICE

DOES 1 – 15,752
                                   Defendants.
-----------------------------------------------------------x

      **IT IS HEREBY NOTICED** by the undersigned attorneys of record for all the Plaintiffs in the above entitled action, that whereas no party hereto is an infant, incompetent person for who a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, this action, and all the respective claims, be and hereby are discontinued with prejudice and without costs. This notice may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 2, 2007

DRAKEFORD & KANE LLC

Sean F. Kane, Esq.
475 Park Avenue South, 15th Floor
New York, New York 10016
Telephone: (212) 696-0010
Telecopier: (212) 696-0070

Attorneys for Plaintiffs

The Clerk of the Court is directed to mark this case
SO ORDERED: closed.

WILLIAM H. PAULEY III U.S.D.J.
10/3/2007